# Exhibit "A"

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/17/2025
CT Log Number 550397994

## Service of Process Transmittal Summary

**TO:** Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** **Process Served in Rhode Island**

**FOR:** CVS Pharmacy, Inc. (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: PAT MONGELLI, JR. // To: CVS Pharmacy, Inc. |
| **CASE #:** | 1524862025 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, East Providence, RI |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/17/2025 at 14:55 |
| **JURISDICTION SERVED:** | Rhode Island |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/20/2025, Expected Purge Date: 10/25/2025<br><br>Image SOP<br><br>Email Notification, Serviceof Process service_of_process@cvs.com<br><br>Email Notification, Amy Lawrence cls-ctsopsupport@wolterskluwer.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>450 Veterans Memorial Highway<br>Suite 7A<br>East Providence, RI 02914<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Oct 17, 2025
**Server Name:** Paul Hughes

| | |
|---|---|
| Entity Served | CVS PHARMACY, INC. |
| Case Number | 152486/2025 |
| Jurisdiction | RI |

| Inserts | | |
|---|---|---|
| | | |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

-----------------------------------------------------------------------x

PAT MONGELLI, JR.,

Index No. 152486/2025

Plaintiff/Petitioner,

-against-

CVS PHARMACY, INC. AND
ALLIED STATEN ISLAND LLC,

Defendant/Respondent.

-----------------------------------------------------------------------x

A TRUE COPY ATTEST SERVED
RI CONSTABLE #6063
PAUL G HUGHES
SERVED 10/17/25
@ 1350 Hrs

## NOTICE OF ELECTRONIC FILING
## (Mandatory Commencement Case)
(Uniform Rule § 202.5-bb(a)(2)(v) and (vi))

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, was required to file this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice of your attorney. (Attorneys: see "Information for Attorneys" pg.2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: https://iapps.court.state.ny.us/nyscef/UnRepresentedHome or
- contact the Clerk's Office of Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing Commencement Documents is Mandatory)**

Attorneys representing a party must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center ( phone: 646-386-3033; e-mail: nyscef@nycourts.gov ).

Dated: October 14, 2025

Marvin O. Uwangue, Esq.

Chelli & Bush

149 New Dorp
Staten Island, NY 10306

718-987-8444

law@chelliandbush.com

TO: CVS Pharmacy, Inc.
1 CVS Drive
Woonsocket , RI 02895

Allied Staten Island LLC
118-35 Queens Boulevard
Forest Hills, NY 11375

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

---X

PAT MONGELLI, JR.,

PLAINTIFF,

-AGAINST-

CVS PHARMACY, INC. AND
ALLIED STATEN ISLAND LLC,

DEFENDANTS.

---X

INDEX NO. 152486/2025
DATE S/C FILED: 10/9/2025

PLAINTIFF(S) DESIGNATE(S)
RICHMOND COUNTY FOR TRIAL

# SUMMONS

THE BASIS OF VENUE IS
PLAINTIFF'S RESIDENCE

PLAINTIFF(S) RESIDE(S) AT
STATEN ISLAND, NY
COUNTY OF RICHMOND

To the above named Defendant(s)

YOU ARE HEREBY SUMMONED, to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: OCTOBER 9 , 2025
STATEN ISLAND, NEW YORK

CHELLI & BUSH, ESQS.
ATTORNEYS FOR PLAINTIFF
149 NEW DORP LANE
STATEN ISLAND, NEW YORK 10306
(718) 987-8444

Defendant's address:
**CVS PHARMACY, INC.**; 1 CVS DRIVE, WOONSOCKET, RHODE ISLAND 02895
**ALLIED STATEN ISLAND LLC**; 118-35 QUEENS BLVD, FOREST HILLS, NY 11375

Notice: The nature of this action is negligence.

The relief sought is money damages.

Upon your failure to appear, judgment will be taken against you by default for the sum of $ .

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

-----------------------------------------------------------------X

PAT MONGELLI, JR.,

PLAINTIFF,

- against -

CVS PHARMACY, INC. AND
ALLIED STATEN ISLAND LLC,

DEFENDANTS.

-----------------------------------------------------------------X

INDEX NO.: 152486/2025
DATE S/C FILED:10/9/2025

**VERIFIED COMPLAINT**

PLAINTIFF COMPLAINING OF THE DEFENDANTS BY HIS ATTORNEYS, CHELLI & BUSH, RESPECTFULLY SETS FORTH TO THIS COURT AND ALLEGES AS FOLLOWS:

**AS AND FOR A FIRST CAUSE OF ACTION ON**
**BEHALF OF PLAINTIFF, PAT MONGELLI, JR.**

1. THAT AT ALL TIMES HEREINAFTER MENTIONED, THE PLAINTIFF, PAT MONGELLI, JR., IS A RESIDENT OF THE COUNTY OF RICHMOND, STATE OF NEW YORK.

2. UPON INFORMATION AND BELIEF, THAT AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC., IS A DOMESTIC CORPORATION DULY ORGANIZED AND EXISTING PURSUANT TO THE LAWS OF THE STATE OF NEW YORK.

3. UPON INFORMATION AND BELIEF, AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC., IS A FOREIGN BUSINESS CORPORATION DULY AUTHORIZED TO CONDUCT AND TRANSACT BUSINESS IN THE STATE OF NEW YORK.

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

4. UPON INFORMATION AND BELIEF, THAT AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, IS A DOMESTIC CORPORATION DULY ORGANIZED AND EXISTING PURSUANT TO THE LAWS OF THE STATE OF NEW YORK.

5. UPON INFORMATION AND BELIEF, AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, IS A FOREIGN BUSINESS CORPORATION DULY AUTHORIZED TO CONDUCT AND TRANSACT BUSINESS IN THE STATE OF NEW YORK.

6. UPON INFORMATION AND BELIEF, AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC., WAS THE OWNER OF CERTAIN LAND LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

7. UPON INFORMATION AND BELIEF, AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC., WAS THE LESSEE OF CERTAIN LAND LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

8. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. OPERATED THE AFORESAID LAND LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

9. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. MANAGED THE AFORESAID LAND LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

YORK.

10. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. MAINTAINED THE AFORESAID LAND LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

11. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. CONTROLLED THE AFORESAID LAND LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

12. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. MAINTAINED THE AFORESAID LAND AS A RETAIL STORE AND PHARMACY, OPEN TO THE GENERAL PUBLIC.

13. UPON INFORMATION AND BELIEF, AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC., WAS THE OWNER OF THE PREMISES LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

14. UPON INFORMATION AND BELIEF, AT ALL TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC., WAS THE LESSEE OF THE PREMISES LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

15. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. OPERATED THE PREMISES LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

16. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. MANAGED THE PREMISES LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

17. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. MAINTAINED THE PREMISES LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

18. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, CVS PHARMACY, INC. CONTROLLED THE PREMISES LOCATED 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

19. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, WAS THE OWNER OF CERTAIN LAND LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

20. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, WAS THE LESSEE OF CERTAIN LAND LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

21. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, OPERATED THE AFORESAID LAND LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

22. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, MANAGED THE AFORESAID LAND LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

23. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, CONTROLLED THE AFORESAID LAND LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

24. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, MAINTAINED THE AFORESAID LAND LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

25. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, WAS THE OWNER OF THE PREMISES LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

26. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, WAS THE LESSEE OF THE PREMISES LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

27. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, OPERATED THE AFORESAID PREMISES LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND,

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

STATE OF NEW YORK.

28. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, MANAGED THE AFORESAID PREMISES LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

29. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, CONTROLLED THE AFORESAID PREMISES LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

30. THAT AT ALL THE TIMES HEREINAFTER MENTIONED, THE DEFENDANT, ALLIED STATEN ISLAND LLC, MAINTAINED THE AFORESAID PREMISES LOCATED AT 778 MANOR ROAD, IN THE COUNTY OF RICHMOND, STATE OF NEW YORK.

31. THAT IMPOSED UPON THE DEFENDANTS, BY LAW, WAS THE DUTY OF MAINTAINING THE AFORESAID PREMISES, AND MORE PARTICULARLY, THE PHARMACY WAITING AREA AND CHAIRS WITHIN SO THAT THE PREMISES WOULD NOT BECOME DANGEROUS TO THOSE LAWFULLY UPON SAID PREMISES.

32. THAT ON JUNE 12, 2025, AT APPROXIMATELY 2:30 P.M., THE PLAINTIFF, PAT MONGELLI, JR., WAS AT THE AFORESAID PREMISES.

33. THAT ON JUNE 12, 2025, AT APPROXIMATELY 2:30 P.M., AND FOR SOMETIME PRIOR THERETO, THE DEFENDANTS, THEIR AGENTS, SERVANTS AND/OR EMPLOYEES, NEGLIGENTLY AND CARELESSLY

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

PERMITTED, CREATED AND/OR CAUSED THE CHAIR WITHIN THE PHARMACY WAITING AREA TO BE, BECOME AND REMAIN IN AN UNSAFE, DANGEROUS AND DEFECTIVE CONDITION.

34. THAT ON THE JUNE 12, 2025, AT APPROXIMATELY 2:30 P.M., THE DEFENDANTS, THEIR AGENTS, SERVANTS AND/OR EMPLOYEES NEGLIGENTLY OMITTED TO EXERCISE PROPER CARE AND MAINTENANCE OF SAID PREMISES AND AS A DIRECT RESULT THEREOF, THE PLAINTIFF, PAT MONGELLI, JR. WAS CAUSED TO SUSTAIN SEVERE AND SERIOUS PERSONAL INJURIES.

35. THAT THE OCCURRENCE AND THE INJURIES RESULTING TO THIS PLAINTIFF THEREFROM, WERE CAUSED SOLELY AND WHOLLY THROUGH AND BY REASON OF THE CARELESSNESS, RECKLESSNESS AND NEGLIGENCE OF THE DEFENDANTS, THEIR AGENTS, SERVANTS AND/OR EMPLOYEES IN CARELESSLY AND NEGLIGENTLY ALLOWING THE CHAIR WITHIN PHARMACY WAITING AREA TO BE, BECOME AND REMAIN IN AN UNSAFE, DANGEROUS AND DEFECTIVE CONDITION RENDERING SAME PREMISES, DANGEROUS AND DEFECTIVE, CAUSING PLAINTIFF TO BE INJURED THEREAT; IN PERMITTING, CREATING, AND/OR CAUSING THE AFORESAID CHAIR WITHIN PHARMACY WAITING AREA TO BE, BECOME AND REMAIN IN SAID CONDITION RENDERING SAME DANGEROUS AND DEFECTIVE, FOR A CONSIDERABLE PERIOD OF TIME; IN PERMITTING, CREATING, AND/OR CAUSING A DANGEROUS AND HAZARDOUS TRAP-LIKE CONDITION, IN FAILING TO KEEP SAID PREMISES, SPECIFICALLY THE CHAIR WITHIN PHARMACY

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

WAITING AREA, IN A SAFE, PROPER AND HAZARD-FREE CONDITION; IN FAILING TO TIMELY, ADEQUATELY AND/OR PROPERLY PLACE BARRICADES ABOUT THE DANGEROUS AND DEFECTIVE CONDITION; IN PERMITTING, CREATING, AND/OR CAUSING THE AFORESAID CHAIR WITHIN PHARMACY WAITING AREA TO BE, BECOME AND REMAIN IN SAID CONDITION RENDERING SAME DANGEROUS AND DEFECTIVE, FOR A CONSIDERABLE PERIOD OF TIME; IN FAILING TO WARN OF SAID DANGEROUS AND DEFECTIVE CONDITION; IN FAILING TO TIMELY, PROPERLY AND ADEQUATELY INSPECT SAID PREMISES AND CHAIR WITHIN PHARMACY WAITING AREA; IN FAILING TO CONDUCT REASONABLE AND PROPER INSPECTIONS OF SAID PREMISES INCLUDING THE CHAIR WITHIN PHARMACY WAITING AREA; IN FAILING TO REMOVE OR CAUSE TO BE REMOVED THE AFORESAID DANGEROUS AND DEFECTIVE CHAIR WITHIN PHARMACY WAITING AREA; IN CAUSING, SUFFERING AND PERMITTING THE CONDITION THAT BROUGHT ABOUT THE INJURY OF THE PLAINTIFF; IN CAUSING, SUFFERING AND PERMITTING THE PLAINTIFF TO BE INJURED; IN FAILING AND OMITTING TO TAKE PROPER AND SUITABLE PRECAUTIONS TO PREVENT THE HAPPENING OF THE AFORESAID OCCURRENCE; AND IN OTHERWISE BEING CARELESS, RECKLESS AND NEGLIGENT IN THE OWNERSHIP, OPERATION, MANAGEMENT, MAINTENANCE AND CONTROL OF SAID PREMISES.

36. THAT THE DEFENDANTS HAD ACTUAL AND CONSTRUCTIVE NOTICE OF THE AFORESAID DANGEROUS CONDITIONS.

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

37. THAT BY REASON OF THE PREMISES, AS AFORESAID, THE PLAINTIFF, PAT MONGELLI, JR. WAS RENDERED DISABLED DUE TO THE INJURIES; UPON INFORMATION AND BELIEF, ARE OF A PERMANENT CHARACTER, THAT BY REASON THEREOF, THE PLAINTIFF HAS BEEN PREVENTED FROM FOLLOWING HER USUAL DUTIES AND SHE IS INFORMED AND VERILY BELIEVES, THAT IN THE FUTURE WILL BE PREVENTED FROM FOLLOWING HIS USUAL DUTIES ALL TO THE PLAINTIFF'S DAMAGE IN A SUM THAT EXCEEDS THE JURISDICTIONAL LIMIT OF ALL LOWER COURTS WHICH WOULD OTHERWISE HAVE JURISDICTION.

WHEREFORE, PLAINTIFF, PAT MONGELLI, JR., DEMANDS JUDGMENT AS AGAINST THE DEFENDANTS ON THE FIRST CAUSE OF ACTION AND THE AMOUNT OF DAMAGES SOUGHT EXCEEDS THE JURISDICTIONAL LIMIT OF ALL LOWER COURTS WHICH WOULD OTHERWISE HAVE JURISDICTION.

DATED: STATEN ISLAND, N.Y.
OCTOBER 9 , 2025

YOURS, ETC.,

CHELLI & BUSH
ATTORNEYS FOR PLAINTIFF
149 NEW DORP LANE
STATEN ISLAND, N.Y. 10306
(718) 987-8444

BY: M.O. [signature]
MARVIN O. UWANGUE

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

CLIENT.VER

STATE OF NEW YORK )
COUNTY OF RICHMOND )SS:

I, ALMINE SMITH, AM THE PLAINTIFF IN THE WITHIN ACTION: I HAVE READ THE FOREGOING VERIFIED COMPLAINT AND KNOW THE CONTENTS THEREOF; THE SAME IS TRUE TO MY OWN KNOWLEDGE, EXCEPT AS TO THE MATTERS THEREIN STATED TO BE ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS I BELIEVE THEM TO BE TRUE.

X__________________________
**PAT MONGELLI, JR.**

SWORN TO BEFORE ME ON THE
9th DAY OF OCTOBER, 2025

Marvin O. Uwangue
NOTARY PUBLIC

**MARVIN OBINNA UWANGUE**
Notary Public, State of New York
No. 02UW0004797
Qualified in Richmond County
Commission Expires April 03, 2027

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8187

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

-----------------------------------------------------------------------X Index No.: 152486/2025

PAT MONGELLI, JR.,

Plaintiff,

-against-

CVS PHARMACY, INC. AND
ALLIED STATEN ISLAND LLC,

Defendants.

-----------------------------------------------------------------------X

NOTICE DECLINING SERVICE BY ELECTRONIC OR FAX TRANSMITTALS

PLEASE TAKE NOTICE: THAT PURSUANT TO CPLR 2103 (5) THE OFFICE OF CHELLI & BUSH, WILL NOT ACCEPT SERVICE OF PAPERS, NOTICES, MOTIONS, PLEADINGS ETC. BY FACSIMILE (FAX) TRANSMITTAL, E-FILING OR BY ANY OTHER ELECTRONIC MEANS.

Dated: October 14, 2025
Staten Island, NY

YOURS, ETC.

CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, NY 10306
718-987-8444

BY: ______________________
MICHAEL H BUSH